IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARRIO MOSS**                                                                                                   **PLAINTIFF**

v.                         Case No. 4:21-cv-00485 KGB

**ARKANSAS DEPARTMENT OF
CORRECTION/ DIVISION OF
COMMUNITY CORRECTION**                                                                       **DEFENDANT**

## ORDER

Before the Court is Senior Assistant Attorney General Maryna Jackson's motion to withdraw as counsel for the Arkansas Department of Correction/Division of Community Correction ("ADC") (Dkt. No. 32). Ms. Jackson represents that she is leaving her employment with the Office of the Attorney General and that she will no longer be involved in this case (*Id.*). Ms. Jackson represents that the ADC will continue to be represented by its remaining attorneys of record in this case (*Id.*). However, the Court observes that there are no other current attorneys of record for defendant ADC in this matter and that the ADC as an entity may not proceed *pro se*. Based upon the parties' joint status report, this case is not yet ready for dismissal (Dkt. No. 31).

Based on these circumstances, the Court denies without prejudice at this time Ms. Jackson's motion to withdraw as counsel for the ADC and directs that substitute counsel for the ADC enter an appearance in conjunction with Ms. Jackson filing an amended motion to withdraw.

It is so ordered this 1st day of September, 2023.

_____
Kristine G. Baker
United States District Judge