IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEMARRIO MOSS**                                                                                              **PLAINTIFF**

**v.**                            **Case No. 4:21-cv-00485 KGB**

**ARKANSAS DEPARTMENT OF
CORRECTION/ DIVISION OF
COMMUNITY CORRECTION**                                                                    **DEFENDANT**

### ORDER

Before the Court is the parties' unopposed motion to dismiss (Dkt. No. 37). The parties represent the parties reached a full and final settlement resolving all issues in this lawsuit (*Id.*, ¶ 2). The parties further represent that all terms of the settlement agreement have been completed by the parties and there are no outstanding issues remaining (*Id.*, ¶ 3). Therefore, the parties request that the Court dismiss this case with prejudice (*Id.*, ¶ 4). For good cause shown, pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court dismisses with prejudice the case.

It is so ordered this 28th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge